FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV -9  PM 3: 53

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| XIAO MA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil No. 1:15-cv-01059–RDB |
| v. | * | |
| | * | |
| CAERVISION CORPORATION, | * | |
| CTCI, LLC | * | |
| AA MEDICA, LLC | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records and/or affidavits in the above-captioned matter that an order of Default for want of answer or other defense was made on November 4, 2015, as to Defendants CaerVision Corporation, CTCI, LLC, and AA Medica, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served on October 1, 2015; therefore, it is this ___9th___ day of ___November___, 2015, by the United States District Court for the District of Maryland,

**ORDERED and ADJUDGED**, that Judgment by Default be and the same is entered in favor of Plaintiff against Defendants CaerVision Corporation, CTCI, LLC, and AA Medica, LLC, jointly and severally, for the sum of $117,052.35, with interest and costs.

_____
**Richard D. Bennett**
UNITED STATES DISTRICT JUDGE