**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


U.S. MARSHAL
BALTIMORE, MD

2016 JUN -8 PM 2:25

Xiao Ma
Plaintiff                                            *

            v.                                       *        Civil Action No. 1:15-cv-01059--RDB

CaerVision Corporation, et al.                       *
Defendant                                            *

                                        ******

## WRIT OF EXECUTION
(Maryland Rule 2-641)

**TO THE U.S. MARSHAL OF THE DISTRICT OF MARYLAND:**

        You are hereby directed to levy upon the property of the Defendant/Judgment Debtor to satisfy a money judgment in accordance with the applicable Maryland State laws (see attached).

Name and address of Defendant/Judgment Debtor: AA Medica, LLC

Amount of judgment: $123,658.59                      Amount due on judgment: $123,658.59

Location of property to be levied: 2502 Urbana Pike, Suite 104, Ijamsville, Maryland 21754

Description of property to be levied: any and all computers, TV's, electronics, furniture/desks/chairs, office equipment (e.g., phones,

fax machines, scanners, etc.)

The Plaintiff/Judgment Creditor instructs you to:

☐ Leave the property where found

☐ Exclude others from access to it or use of it

☑ Remove it from the premises

**TO THE DEFENDANT/JUDGMENT DEBTOR:**

        You are hereby notified that **federal and state exemptions may be available to you**. In order to exempt items from execution of the judgment, you must file a motion electing to exempt selected items of property or cash not exceeding in amount the cumulative value permitted by law within thirty (30) days after the levy. Those selected items of property may include real estate, personal, household, and miscellaneous possessions. You are further notified that **you have a right to file a motion for release of some or all of the property from the levy**. All motions should be filed with the Clerk of Court, U.S. District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Md. 21201

If you would like the Court to review the U.S. Marshal's appraisal made at the time of the levy, the request should accompany the motion.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland

_____6/8/16_____                                     _____
Date Issued                                          Clerk, U.S. District Court for the District of Maryland

Writ of Execution (Rev. 8/2011)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. MARSHAL
BALTIMORE, MD

2016 JUN -8 PM 2: 25

Xiao Ma_____
Plaintiff

    v.                             Civil Action No. _1:15-cv-01059--RDB_____

CaerVision Corporation, et al._____
Defendant

\* \* \* \* \* \*

## WRIT OF EXECUTION
(Maryland Rule 2-641)

**TO THE U.S. MARSHAL OF THE DISTRICT OF MARYLAND:**

      You are hereby directed to levy upon the property of the Defendant/Judgment Debtor to satisfy a money judgment in accordance with the applicable Maryland State laws (see attached).

Name and address of Defendant/Judgment Debtor: _CaerVision Corporation_____._

_____

Amount of judgment: $123,658.59_____     Amount due on judgment: _$123,658.59_____

Location of property to be levied: _2502 Urbana Pike, Suite 104, Ijamsville, Maryland 21754_____

_____

Description of property to be levied: _any and all computers, TV's, electronics, furniture/desks/chairs, office equipment (e.g., phones,_

_fax machines, scanners, etc.)_____

The Plaintiff/Judgment Creditor instructs you to:

☐ Leave the property where found

☐ Exclude others from access to it or use of it

☑ Remove it from the premises

**TO THE DEFENDANT/JUDGMENT DEBTOR:**

      You are hereby notified that **federal and state exemptions may be available to you.** In order to exempt items from execution of the judgment, you must file a motion electing to exempt selected items of property or cash not exceeding in amount the cumulative value permitted by law within thirty (30) days after the levy. Those selected items of property may include real estate, personal, household, and miscellaneous possessions. You are further notified that **you have a right to file a motion for release of some or all of the property from the levy.** All motions should be filed with the Clerk of Court, U.S. District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Md. 21201

If you would like the Court to review the U.S. Marshal's appraisal made at the time of the levy, the request should accompany the motion.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland

6/8/16_____       _____
Date Issued                               Clerk, U.S. District Court for the District of Maryland

Writ of Execution (Rev. 8/2011)