**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| XIAO MA, | )<br>)<br>) |
|     Plaintiff/Judgment Creditor, | )<br>) |
| v. | )   **Civil Case No.**<br>)   **1:15-cv-01059-RDB** |
| CAERVISION CORPORATION,<br>CTCI, LLC, and<br>AA MEDICA, LLC<br>    Defendant(s). | )<br>)<br>)<br>)<br>) |

**RESPONSE TO PLAINTIFF/JUDGMENT CREDITOR'S MOTION TO COMPEL**

COMES NOW, JASON W. SHOEMAKER, ESQUIRE and Shoemaker Law, LLC and files the herein Response to Plaintiff/Judgment Creditor's Motion to Compel and as the basis therefore certifies and states as follows:

1. Discovery was forwarded on to Judgment / Debtors upon receipt by counsel.
2. Counsel has not been provided the materials and information necessary to respond and has no further representations on behalf of Judgment/Debtors.
3. Counsel's Amended Motion to Strike Appearance of Counsel and Certificate Pursuant to Local Rule 101(2)(b) filed July 15, 2016 remains pending with this Court.

                                          Respectfully submitted,

                                          SHOEMAKER LAW, LLC

                                          __/s/_ *Jason W. Shoemaker*_____
                                          Jason W. Shoemaker, Esquire
                                          151 W. Patrick Street
                                          Frederick, Maryland 21701
                                          Phone: (301) 228-3737
                                          Fax:   (301) 378-2777
                                          Jason@shoemakerlawllc.com