# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| XIAO MA | * | |
| vs. | * | Case No. 1:15-cv-01059-RDB |
| CAERVISION CORPORATION, CTCI, LLC and AA MEDICA, LLC | * | |

\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 22 , 2016 , a copy Response to Plaintiff/Judgment Creditor's Motion to Compel

which was electronically filed in this case on August 22 , 2016 , was

mailed via first class mail, postage prepaid, to Caervision, 4539 Metropolitan Ct., Ste. 289, Frederick MD 21701 AND 2502 Urbana Pike, Ijamsville, MD 21754; CTCI, LLC & AA Medica, LLC 1 Pasquerilla Plza, John. PA.

/s/ Jason W. Shoemaker

Jason W. Shoemaker
*Printed Name*                              *Bar Number*

151 West Patrick Street
*Address*

Frederick, Maryland 21701
*City/State/Zip*

(301) 228-3737   FAX: (301) 378-2777
*Phone No.*                                 *Fax No.*